RECEIVED
IN LAKE CHARLES, LA.

JUN 29 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| JOHNNY TORRES<br>FED. REG. #51425-019 | : | DOCKET NO. 2:10 CV845<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| JOSEPH P. YOUNG | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED with prejudice because this Court lacks jurisdiction to consider these claims.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 28 day of June 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE